UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LILY POSS,<br><br>*Plaintiff,*<br><br>v.<br><br>BANCWEST INVESTMENT SERVICES, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 0:13-CV-03019-PJS-TNL<br><br><br>PLAINTIFF'S RULE 41(a)(1) NOTICE OF DISMISSAL WITHOUT PREJUDICE |

**PLAINTIFF'S RULE 41(a)(1) NOTICE
OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Lily Poss, through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses her Complaint against the above-captioned Defendant without prejudice. Because the opposing party has neither served an Answer nor a motion for summary judgment, dismissal without prejudice is proper under Rule 41(a)(1)(A).

Respectfully submitted,

DATED: November 11, 2013

      s/ Paul R. Hansmeier
Paul R. Hansmeier (MN Bar # 387795)
CLASS JUSTICE PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
E-mail: mail@classjustice.org
Phone: (612) 234-5744
*Attorney for Plaintiff*